UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                No.  24-CR-347-LTS

ANGEL ARROYO,

        Defendant.

-------------------------------------------------------x

### ORDER

The pretrial conference in this case is scheduled to proceed on **July 9, 2024, at 11:00 AM** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York            /s/ Laura Taylor Swain
       June 26, 2024                      LAURA TAYLOR SWAIN
                                                    Chief United States District Judge